IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-499-RJC-DCK

| | |
|---|---|
| CHARLES MYERS and BRYAN R. HOOTS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| CERTUSBANK, N.A. and CBSUB, INC., | ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Cory B. Patterson, concerning Thomas A. Simpson on January 7, 2016. Mr. Thomas A. Simpson seeks to appear as counsel *pro hac vice* for Defendants CertusBank, N.A. and CBSub, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED.** Mr. Thomas A. Simpson is hereby admitted *pro hac vice* to represent Defendants CertusBank, N.A. and CBSub, Inc.

**SO ORDERED**.

Signed: January 7, 2016

David C. Keesler
United States Magistrate Judge